JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON GAINES,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>SOCIAL SECURITY ADMINSITRATION,<br><br>　　　　　　Defendant(s). | Case No. EDCV 18-1846-DSF (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accpeting Findings and Recommendation of United States Magistrate,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 20, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE